EVANGELICAL LUTHERAN ST. PAUL'S CONGREGATION, Respondent, vs. JAEGER, Appellant.

*March 16—April 11, 1922.*

*Evangelical Lutheran St. Paul's Congregation v. Hass, ante, p. 23, followed.*

APPEAL from a judgment of the circuit court for Waukesha county: CHARLES M. DAVISON, Circuit Judge. *Affirmed.*

This case is in all respects similar to that of *Evangelical Lutheran St. Paul's Congregation v. Hass,* decided herewith (*ante,* p. 23, 187 N. W. 677), except that the defendant in this case was the teacher of the congregation and was discharged because he was found guilty by the congregation of mishandling school moneys coming into his custody. The circuit court sustained his discharge and he appealed.

*Ernst von Briesen* and *George A. Affeldt,* both of Milwaukee, for the appellant.

For the respondent there was a brief by *Shannon & Cronin* of Oconomowoc and *Lockney & Lowry* of Waukesha, and oral argument by *T. T. Cronin, A. D. Shannon,* and *Henry Lockney.*

VINJE, C. J. This case is ruled by the case of *Evangelical Lutheran St. Paul's Congregation v. Hass,* decided herewith (*ante,* p. 23, 187 N. W. 677). It differs only as to the nature of the misconduct found by the congregation as a ground of discharge.

*By the Court.*—Judgment affirmed.